Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY NASTACOS, Widow of, and FRANCIS NASTACOS and

EDWARD NASTACOS, Children of LOUIS NASTACOS, Deceased, Respondents, v. STAVROS ORFAN, Employer, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied because not necessary.